**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ANSHU PATHAK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHARLOTTE SPADARO, *et al.*,<br><br>　　　　　Defendants. | 2:16-cv-02096-RFB-VCF<br>**ORDER** |

Before the Court is *Anshu Pathak v. Charlotte Spadaro, et al.*, case number 2:16-cv-02096-RFB-VCF.

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, June 28, 2017, in Courtroom 3D.

DATED this 13th day of June, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE