# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANSHU B. PATHAK, | Case No. 2:16-cv-02096-RFB-VCF |
| Plaintiff, | |
| v. | **<u>ORDER</u>** |
| SPADARO, *et, al.*, | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 31) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered September 12, 2017.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by September 26, 2017. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

1     **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 31) is ACCEPTED and ADOPTED in full.

    **IT IS FURTHER ORDERED** that the United States Patent and Trademark Office's motion to dismiss in case 2:16-cv-02096-RFB-VCF (ECF. No. 21) is GRANTED and the case is DISMISSED.

    It is directed to the Clerk of Court to close the case and enter judgment.

DATED: October 20, 2017.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**